# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:04-CV-551-W

| | |
|---|---|
| ODELIA BRUCE-KUHNE, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MAXIM HEALTH SYSTEMS, LLC, MAXIM HEALTHCARE SERVICES, INC., NORTH CAROLINA DEPARTMENT OF JUVENILE JUSTICE AND DELINQUENCY PREVENTION, GEORGE L. SWEAT, in his official capacity as SECRETARY of the NORTH CAROLINA DEPARTMENT OF JUVENILE JUSTICE AND DELINQUENCY PREVENTION, and STONEWALL JACKSON YOUTH DEVELOPMENT CENTER, | ) ORDER |
| Defendants. | ) |

On cross-motions of the Plaintiff and Defendants to dismiss for failure to prosecute (Doc. Nos. 25, 28), it is ORDERED that this civil action shall be DISMISSED *without prejudice*.

IT IS SO ORDERED.

Signed: January 12, 2007

Frank D. Whitney
United States District Judge